UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CYNTHIA IRIS JENSEN,<br><br>              Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>              Defendant. | Case No. CV-17-108-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to the Memorandum and Order filed on 5/22/19 (Doc. 21) this case is DISMISSED with prejudice.

      Dated this 23rd day of May, 2019.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Heidi Gauthier
                                        Heidi Gauthier, Deputy Clerk